### BLAKE v. VOIGHT et al.

*(Common Pleas of New York City and County, General Term.   December 23, 1890.)*

APPEAL—TO COURT OF APPEALS—IMPORTANCE OF QUESTION.
> The question whether a parol contract for services which by its terms is to take effect on a future date, for one year, is void under the statute of frauds, because by its terms not to be performed within one year from the making thereof, is of sufficient importance to justify granting leave to appeal to the court of appeals in a case originating in the New York city court, there having been no decision directly upon the question.

Motion for leave to appeal to the court of appeals.

For decision on argument of appeal from general term of city court of New York to court of common pleas, see 11 N. Y. Supp. 716.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*Carter, Hughes & Cravath*, (*Charles E. Hughes*, of counsel,) for appellants.   *C. Bainbridge Smith*, for respondent.

PER CURIAM.    The additional general terms of this court are appointed to hear appeals from the district courts exclusively, and do not ordinarily entertain motions of this kind; but, inasmuch as both parties have consented, and are desirous that this general term should dispose of the motion, in order that it may appear upon the next calendar of the court of appeals, if it is granted, we have concluded to entertain it.    We deem the question litigated in this action, and determined by the general term, to be of sufficient importance to entitle the same to be finally settled by the court of appeals, inasmuch as there has been no decision directly upon the question involved, provided that within five days from the entry of an order on this decision the appellant perfect his appeal to said court.